Fill in this information to identify your case:

Debtor 1: **John T. Stroh**
First Name  Middle Name  Last Name

Debtor 2:
(Spouse, if filing)
First Name  Middle Name  Last Name

United States Bankruptcy Court for the: **Eastern District of Texas**

Case number (if known): **24-41493**

☐ Check if this is an amended filing

# Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
|  |  | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **5533 Beacon Hill** <br> Number  Street <br><br> **Frisco, TX 75036** <br> City  State  ZIP Code | From **08/2009** <br> To **07/2021** | Number  Street <br><br> City  State  ZIP Code | From _____ <br> To _____ |
|  |  | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **8787 Legacy Drive, Apt. 1118** <br> Number  Street <br><br> **Frisco, TX 75034** <br> City  State  ZIP Code | From **04/2022** <br> To **01/2024** | Number  Street <br><br> City  State  ZIP Code | From _____ <br> To _____ |

Debtor 1  **John**          **T.**            **Stroh**                                   Case number *(if known)* **24-41493**
       First Name    Middle Name    Last Name

|  |  |  |  |
|---|---|---|---|
|  | ☐ Same as Debtor 1 |  | ☐ Same as Debtor 1 |
| **2609 Royal Circle** <br> Number  Street | From **07/2021** <br> To   **04/2022** | Number  Street | From _____ <br> To  _____ |
| **Plano, TX 75075** <br> City   State  ZIP Code |  | City   State  ZIP Code |  |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** <br> Check all that apply. | **Gross Income** <br> (before deductions and exclusions) | **Sources of income** <br> Check all that apply. | **Gross Income** <br> (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $89,934.26 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| **For last calendar year:** <br> (January 1 to December 31, **2023**) <br>                                   YYYY | ☑ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $399,029.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| **For the calendar year before that:** <br> (January 1 to December 31, **2022**) <br>                                     YYYY | ☑ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $539,058.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

|  | Debtor 1 | Debtor 2 |
|---|---|---|

Debtor 1  **John** **T.** **Stroh**     Case number *(if known)* **24-41493**
     First Name    Middle Name    Last Name

| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross Income from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | Rental Income<br>Unemployment Benefits | $18,000.00<br>$2,308.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, **2023**)<br>                                YYYY | Rental Income<br>Capital Gains | $36,000.00<br>$903.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2022**)<br>                                YYYY | Rental Income<br>Capital Gains | $15,000.00<br>$384.00 | | |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

❏ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

❏ No. Go to line 7.

❏ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

❏ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Rocket Mortgage**<br>Creditor's Name<br>**1050 Woodward Avenue**<br>Number   Street<br>**Detroit, MI 48226**<br>City       State   ZIP Code | **Over the last 90 days** | $2,645.09 | $540,959.90 | ☑ Mortgage<br>❏ Car<br>❏ Credit card<br>❏ Loan repayment<br>❏ Suppliers or vendors<br>❏ Other _____ |

Debtor 1 **John T. Stroh**
First Name / Middle Name / Last Name

Case number *(if known)* **24-41493**

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Comenity Capital/Iddeal**<br>Creditor's Name<br>**PO Box 182125**<br>Number  Street<br>**Columbus, OH 43218-2125**<br>City  State  ZIP Code | **Over the last 90 days** | **$2,068.19** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Affirm, Inc.**<br>Creditor's Name<br>**650 California St., Floor 12**<br>Number  Street<br>**San Francisco, CA 94108-2716**<br>City  State  ZIP Code | **Over the last 90 days** | **$1,582.31** | **$3,713.95** | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☑ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Amazon Visa**<br>Creditor's Name<br>**PO Box 6294**<br>Number  Street<br>**Carol Stream, IL 60197-6294**<br>City  State  ZIP Code | **Over the last 90 days** | **$931.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Consumers Credit Union**<br>Creditor's Name<br>**1075 Tri-State Parkway, #850**<br>Number  Street<br>**Gurnee, IL 60031**<br>City  State  ZIP Code | **Over the last 90 days** | **$931.00** | **$9,797.77** | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **American Express**<br>Creditor's Name<br>**PO Box 981540**<br>Number  Street<br>**El Paso, TX 79998-1540**<br>City  State  ZIP Code | **Over the last 90 days** | **$1,200.00** | **$2,601.55** | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Consumer Credit Union**<br>Creditor's Name<br>**PO Box 525**<br>Number  Street<br>**Oshtemo, MI 49077**<br>City  State  ZIP Code | **Over the last 90 days** | **$1,086.00** | **$17,386.00** | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1 **John T. Stroh**  Case number *(if known)* **24-41493**
First Name    Middle Name    Last Name

|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Texas Trust Credit Union**<br>Creditor's Name<br>**PO Box 2260**<br>Number    Street<br>**Mansfield, TX 76063-0047**<br>City            State    ZIP Code | **Over the last 90 days** | **$1,697.79** | **$26,046.00** | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Kindra Kennedy**<br>Creditor's Name<br>**4849 Glen Heather Drive**<br>Number    Street<br>**Frisco, TX 75034**<br>City            State    ZIP Code | **Over the last 90 days** | **$9,000.00** |  | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **Rent** |
| **Kindra Kennedy**<br>Creditor's Name<br>**4849 Glen Heather Drive**<br>Number    Street<br>**Frisco, TX 75034**<br>City            State    ZIP Code | **06/2024** | **$1,500.00** | **$18,500.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☑ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

☑ Yes. List all payments to an insider.

|  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Anna Marie Stroh**<br>Insider's Name<br>**5533 Beacon Hill**<br>Number    Street<br>**Frisco, TX 75036**<br>City            State    ZIP Code | **Monthly** | **$1,800.00** | **$46,000.00** | **Child support** |
| **Hannah Stroh**<br>Insider's Name<br>_____<br>Number    Street<br>_____<br>City            State    ZIP Code | **03/07/2024** | **$5,000.00** | **$0.00** | **Repayment of a debt** |

| Debtor 1 | **John** | **T.** | **Stroh** | | | Case number *(if known)* **24-41493** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Anna Marie Stroh**<br>Insider's Name<br>**5533 Beacon Hill**<br>Number  Street<br>**75036**<br>City         State    ZIP Code | **Monthly** | **$2,000.00** | **$50,000.00** | **Equalization payments** |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

### Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Anna Marie Stroh v. John Stroh**<br>Case number **23-8161-442** | **Suit on Eviction** | **442nd District Court, Denton County, TX**<br>Court Name<br><br>Number    Street<br><br>City              State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **John Stroh v. Annamarie Stroh and All Occupants**<br>Case number **E24-071J2** | **Eviction** | **Justice Court Precinct 2, Denton County, TX**<br>Court Name<br><br>Number    Street<br><br>City              State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| Debtor 1 | **John** | **T.** | **Stroh** | Case number *(if known)* **24-41493** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

## Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **St. Francis Catholic Church**<br>Charity's Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State     ZIP Code | **Cash** | **Monthly up to 04/2024** | **$1,000.00** |

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

Debtor 1  **John**  **T.**  **Stroh**  Case number *(if known)* **24-41493**
　　　　　First Name　　Middle Name　　Last Name

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

❏ No

☑ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Quilling, Selander, Lownds, Winslett & Moser, P.C.** | | **06/12/2024** | **$4,300.00** |
| **2001 Bryan Street 1800** (Number Street) | | **06/19/2024** | **$500.00** |
| **Dallas, TX 75201** (City State ZIP Code) | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Debt Education and Certification Foundation** | | **04/26/2024** | **$50.00** |
| Number Street | | | |
| City State ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

❏ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

❏ No

☑ Yes. Fill in the details.

| Debtor 1 | **John** | **T.** | **Stroh** | Case number *(if known)* **24-41493** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | **Description and value of property transferred** | **Describe any property or payments received or debts paid in exchange** | **Date transfer was made** |
|---|---|---|---|
| **David McDavid Acura**<br>Person Who Received Transfer<br><br>_____<br>Number   Street<br><br>_____<br>City          State    ZIP Code<br><br>Person's relationship to you<br>_____ | Traded in 2018 Jeep Wrangler towards 2022 Acura RX | Received $1,500.00 from the trade in | 11/2022 |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

---

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|
| **Wells Fargo Bank**<br>Name of Financial Institution<br><br>_____<br>Number   Street<br><br>_____<br>City          State    ZIP Code | XXXX– **6  0  3  0** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 02/12/2024 | _____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage**<br>Name of Storage Facility<br><br>**8344 Legacy Drive**<br>Number  Street<br><br><br>**Frisco, TX 75034**<br>City    State    ZIP Code | _____<br>Name<br><br>_____<br>Number  Street<br><br>_____<br>City    State    ZIP Code | **Furniture, household goods** | ☐ No<br>☑ Yes |

# Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

# Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

Debtor 1  **John**     **T.**          **Stroh**                          Case number *(if known)* **24-41493**
       First Name   Middle Name   Last Name

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ❑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ❑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ❑ A partner in a partnership
- ❑ An officer, director, or managing executive of a corporation
- ❑ An owner of at least 5% of the voting or equity securities of a corporation
- ☑ No. None of the above applies. Go to Part 12.
- ❑ Yes. Check all that apply above and fill in the details below for each business.

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

- ☑ No
- ❑ Yes. Fill in the details below.

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** /s/ John T. Stroh
Signature of John T. Stroh, Debtor 1

Date **07/08/2024**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

- ☑ No
- ❑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

- ☑ No
- ❑ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).